

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2019

No. 04-18-00769-CV

Alberto **ORTIZ**, Trustee of the Rolando Rafael Saenz Trust and as Limited Partner of Las Blancas Minerals, L.P., and Rolando Rafael Saenz, as Limited Partner of Las Blancas Minerals, L.P.,
Appellants

v.

**LAS BLANCAS MINERALS L.P.**, Pedro I. Saenz Jr., Maria Graciela Saenz Martinez, San Pedro Minerals, L.P., Saenz Management Co., L.L.C., and Las Blancas Investments, L.P.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002991D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellant has provided proof of payment for the reporter's record. We order the court reporter, Ana L. Alcantar, to file the reporter's record by April 25, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court